## No. 9770.

### The State of Louisiana vs. Edgar J. Andry.

The record in this case suggests no error and presents nothing for review.

## No. 9693.

### E. Conery, Jr., *et al.* vs. New Orleans Waterworks Company *et als.*

The only question involved in this case is the manner in which it should be fixed for trial in the Supreme Court.

## No. 9745.

### The State *ex rel.* Matthews vs. Sheriff and Tax Collector.

A retail merchant who combines the sale of liquors in less quantities than a pint, under an ordinary license of $5, can be required to pay only $50 and not $55, under Section 6 of State license law of 1881, E. S.